IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDREW CHARLES HOY<br>    Debtor | CHAPTER 13<br><br>CASE NO. 1:24-bk-02639 |

## ORDER

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 8, and the hearing held on November 5, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 5, 2024