UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW CHARLES HOY     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-24-02639-HWV

ANDREW CHARLES HOY

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on May 27, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- file a stipulation within 30 days curing arrears per Court Order dated 4/2/25 at Doc. #35.
- make the regular monthly payments to the trustee during the remaining term of the Plan.

As of May 27, 2025, the Debtor(s) is/are $6000.00 in arrears a plan payment having never been made.

In accordance with said stipulation, the case may be dismissed

Dated: May 27, 2025

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ANDREW CHARLES HOY      CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE     CASE NO: 1-24-02639-HWV  
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 27, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>  
KARA K GENDRON  
MOTT & GENDRON LAW  
125 STATE STREET  
HARRISBURG PA 17101-

UNITED STATES TRUSTEE  
1501 NORTH 6TH STREET  
BOX 302  
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>  
ANDREW CHARLES HOY  
21 CLOVER LANE  
HALIFAX PA 17032

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 27, 2025     /s/ Matthew Harnsberger  
    Office of the Standing Chapter 13 Trustee  
    Jack N. Zaharopoulos  
    Suite A, 8125 Adams Dr.  
    Hummelstown, PA 17036  
    Phone: (717) 566-6097  
    email: info@pamd13trustee.com