IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Andrew Charles Hoy<br><br>                Debtor 1<br><br>Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>   vs.           Movant(s)<br><br>Andrew Charles Hoy<br><br>           Respondent(s) | Chapter: 13<br><br>Case No.: 1:24-bk-02639-HWV |

## ORDER

Upon consideration of the hearing held on April 2, 2025, and the Order entered on the same date directing the Debtor to file a Stipulation within 30 days or the case may be dismissed upon certification by the Trustee, Doc. 35, and the Trustee's Certificate of Default, Doc. 40, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 28, 2025