# Notice Recipients

District/Off: 0314−1 User: AutoDocketer Date Created: 5/28/2025
Case: 1:24−bk−02639−HWV Form ID: pdf010 Total: 17

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Denise E. Carlon | bkgroup@kmllawgroup.com |
| aty | Dorothy L Mott | DorieMott@aol.com |

        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Andrew Charles Hoy | 21 Clover Lane | Halifax, PA 17032 |
| 5661370 | BUREAU OF ACCOUNT MGMT | 3607 ROSEMONT AVE STE 502 PO BOX 8875 | CAMP HILL, PA 17001−8875 |
| 5661371 | COMM OF PA DEPT OF REVENUE | BUREAU OF COMPLIANCE | PO BOX 280946 HARRISBURG, PA 17128−0946 |
| 5661372 | CREDIT ACCEPTANCE | 25505 W 12 MILE ROAD, STE 3000 | SOUTHFIELD, MI 48034−8331 |
| 5661373 | CREDITO REAL | 1475 W CYPRESS CREEK ROAD SUITE 300 | FORT LAUDERDALE, FL 33309 |
| 5661374 | EDFINANCIAL SERVICES | ATTN: CLAIMS PO BOX 36008 | KNOXVILLE, TN 37930 |
| 5661375 | HUD/FHA | NATIONAL SERVICING CENTER 301 NW SIXTH ST, STE 200 | OKLAHOMA CITY, OK 73102 |
| 5661376 | INTERNAL REVENUE SERVICE − CIO | PO BOX 7346 | PHILADELPHIA, PA 19101−7346 |
| 5661377 | LAKEVIEW LOAN SERVICING, LLC | 425 PHILLIPS BLVD | EWING, NJ 08618 |
| 5677032 | Lakeview Loan Servicing, LLC | c/o M&T Bank P.O. Box 840 | Buffalo, NY 14240−0840 |
| 5661378 | UNEMP COMP OVERPAYMENT MATTERS | DEPT OF L&I − OFFICE OF CHIEF COUNSEL 651 BOAS STREET 10TH FLOOR | HARRISBURG, PA 17121 |
| 5661379 | UNEMPL COMP TAX MATTERS | HARRISBURG CASES L&I OFF CHIEF COUNSEL 651 BOAS STREET 10TH FLOOR | HARRISBURG, PA 17121 |
| 5664659 | US Department of Education | 120 N Seven Oaks Drive | Knoxville, TN 37922 |

        TOTAL: 13